

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-1231-14

**RAYMOND MCKINNEY, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON APPELLANT'S MOTION FOR BAIL PENDING APPEAL
### BEXAR COUNTY

*Per curiam*.

## O R D E R

Appellant was convicted of possession of a controlled substance in Cause No. 2012CR8329 in the 226th District Court of Bexar County. Punishment was assessed at twelve years' confinement. The Court of Appeals reversed the conviction. *McKinney v. State*, 444 S.W.3d 128 (Tex. App.—San Antonio, pet. ref'd)). The State filed a petition for discretionary review, which this Court refused on December 10, 2014. *McKinney v. State*, No. PD-1231-14 (Tex. Crim. App. Dec. 10, 2014).

Appellant has filed a Writ of Habeas Corpus Seeking Bail, which this Court will consider as an application under Article 44.04(h) of the Code of Criminal Procedure, to set a reasonable bail pending final determination of the appeal. However, before this Court can set a reasonable bail we must have adequate information upon which to determine a reasonable amount. Appellant fails to provide adequate information. The relevant factors to consider in deciding a reasonable bail amount are: (1) nature of offense, (2) ability to make bail, (3) prior criminal record, (4) conformity with previous bond conditions, (5) employment record, (6) family ties to the community, and (7) length of residence in community. *See Montalvo v. State*, 786 S.W.2d 710 (Tex. Crim. App. 1989).

Therefore, Appellant must redraft his request for bail under Art. 44.04(h) in order for this Court to set a reasonable bail.

Entered December 16, 2014.
Do Not Publish